**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # __7__

----------------------------------------------------------------
Hans Alexander

USCA NO. _____

SDNY NO. __07cv3039__
JUDGE: __KMW__
DATE: __6 / 12 / 2007__

-v-

The City of New York et al
----------------------------------------------------------------

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam Dulal__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS                                                                 DOC#

---

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

---

( √ ) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __12th__ Day of __June__, 2007.

United States District Court for
the Southern District of New York

Date: 5 / 12 / 2007

U.S.C.A. # _____

-------------------------------------------------------

Hans Alexander

U.S.D.C. # __07cv3039__

                 -V-

D.C. JUDGE __KMW__

The City of New York et al

-------------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**     **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __12th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

                                      J. Michael McMahon, Clerk

                                  By _____
                                                 Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03039-KMW
### Internal Use Only

Alexander v. The City of New York et al  
Assigned to: Judge Kimba M. Wood  
Demand: $9,999,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 04/16/2007  
Date Terminated: 04/16/2007  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Hans Alexander.(jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | COMPLAINT against The City of New York, New York Police Department, Joseph Maldonado, Unknown Informant. Document filed by Hans Alexander.(jeh) (Entered: 04/19/2007) |
| 04/16/2007 |  | Magistrate Judge Henry B. Pitman is so designated. (jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 3 | ORDER OF DISMISSAL;The Clerk of Court is directed to assign a docket number to this matter solely for the purpose of this order. Accordingly, since plaintiff has failed to submit a Prisoner Authorization form to the Court as instructed,this action filed is dismissed without prejudice pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice. 28 U.S.C. 1915(e)(2) for failure to comply with the Prison Litigation Act of 1995. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/19/2007) |
| 04/30/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Hans Alexander. Copies sent to attorney(s) of record: Corporation Counsel. (tp) (Entered: 06/12/2007) |
| 04/30/2007 |  | Appeal Remark as to [6] Notice of Appeal filed by Hans Alexander. $ 455.00 APPEAL FEE DUE. IFP REVOKED 4/16/07. (tp) (Entered: 06/12/2007) |
| 05/23/2007 | 5 | PRO SE MEMORANDUM dated 5/24/07 re: CHANGE OF ADDRESS for Hans Alexander. New Address: 241-06-15866, GMDC, 15-15 Hazen St., East Elmhurst, NY, 11370. (tro) (Entered: 05/30/2007) |
| 06/12/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 06/12/2007) |
| 06/12/2007 |  | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 06/12/2007) |