# MANDATE

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
#### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**Date:** 10/2/07

Docket Number: 07-2513-pr

Short Title: Alexander v. The City of New York

DC Docket Number: 07-cv-3039

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of October, two thousand seven.

Hans Alexander,

    Plaintiff-Appellant,

v.



The City of New York, New York Police Department, Joseph Maldonado,

    Defendants-Appellees,

Unknown Informant,

    Defendant.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of April 16, 2007 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Yolanda Siders, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

Certified: OCT - 2 2007

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O`Hagan Wolfe**
**CLERK OF COURT**

**Date:**  10/2/07

Docket Number: 07-2513-pr

Short Title:    Alexander v. The City of New York

DC Docket Number: 07-cv-3039

DC:      SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of October,  two thousand seven.

Hans  Alexander,

   Plaintiff-Appellant,

v.



The City of New York,  New York Police Department,  Joseph  Maldonado,

   Defendants-Appellees,

Unknown Informant,

   Defendant.

The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of April 16, 2007 United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By: *Yolanda Siders*

Yolanda  Siders, Deputy Clerk

THE CERTIFIED ( ✓) ORDER   ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED, BY_____
                         DATE_____
"RETURN TO PRO SE TEAM"